AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Luis Oswaldo Santoyo-Mendoza

United States Courts
Southern District of Texas
FILED
*October 25, 2022*
Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-22- 2079 -M

IAE    YOB: 1998
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __October 24, 2022__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
*(Track Statutory Language of Offense)*
the defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Havana, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Luis Oswaldo Santoyo-Mendoza was encountered by Border Patrol Agents near Havana, Texas on October 24, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on October 24, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on January 30, 2018, through Laredo, Texas. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint authorized by AUSA A. Garcia
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

October 25, 2022    5:10 PM

/s/ Shakira Singho
Signature of Complainant
Shakira Singho    Border Patrol Agent

Nadia S. Medrano, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer